HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

   v.

MERENDON MINING (NEVADA) INC., et al.,

   Defendants.

CASE NO. C10-955RAJ

ORDER

The court DENIES Plaintiff's motion for a final judgment in this closed case. Dkt. # 137. Plaintiff filed that motion more than 16 months after the court entered judgment against the last of many Defendants and closed this case. *See* Oct. 30, 2012 ord. (Dkt. # 123) (resolving motion for final relief against Larry Adair), Oct. 30, 2012 judgment & permanent injunction (Dkt. # 124). In the months preceding that last judgment, the court entered judgments against all other Defendants, although it did not certify those judgments as final in accordance with Fed. R. Civ. P. 54(b).

Now, 16 months after this case ended, Plaintiff wants the court to enter new judgments against every Defendant except Mr. Adair. The court declines to do so for two independent reasons. First, Plaintiff offers no explanation for its 16-month delay in seeking final judgments. Second, the judgments against every defendant became final

ORDER – 1

when the court entered judgment against Mr. Adair and closed this case. *See*, *e.g.*, *Smith v. Half Hollow Hills Cent. Sch. Dist.*, 298 F.3d 168, 171-172 (2d Cir. 2002) (holding that dismissal of last cause of action and closing of case rendered previous orders dismissing other causes of action final). Every judgment (or other order imposing final relief against a Defendant) that the court entered in this case became final when the court closed the case on October 30, 2012.

DATED this 21st day of April, 2014.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2